Matter of Dill v Thomas K. (2025 NY Slip Op 05354)

Matter of Dill v Thomas K.

2025 NY Slip Op 05354

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, OGDEN, AND HANNAH, JJ.

633 CA 24-01511

[*1]IN THE MATTER OF DANIELLE DILL, PSY.D., EXECUTIVE DIRECTOR OF CENTRAL NEW YORK PSYCHIATRIC CENTER, PETITIONER-RESPONDENT,
v
THOMAS K., RESPONDENT-APPELLANT. 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, SYRACUSE (NATHANIEL V. RILEY OF COUNSEL), FOR RESPONDENT-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (BRIAN LUSIGNAN OF COUNSEL), FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (Peter M. Rayhill, J.), entered August 19, 2024. The order, inter alia, granted petitioner's application for authorization to administer psychiatric medication to respondent over his objection. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Respondent appeals from an order that, inter alia, granted petitioner's application for an order authorizing the involuntary treatment of respondent. The order has since expired, rendering this appeal moot (see Matter of Blossom V. [Reddy], 230 AD3d 1552, 1552-1553 [4th Dept 2024]; Matter of Upstate Univ. Hosp. v Bryant W., 224 AD3d 1340, 1341 [4th Dept 2024]), and this case does not fall within the exception to the mootness doctrine (see Matter of McGrath, 245 AD2d 1081, 1082 [4th Dept 1997]; see generally Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]).
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court